UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Scott CASH, Defendant–Appellant.

No. 10–7698.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 26, 2011.

Michael Scott Cash, Appellant Pro Se. Isaac Louis Johnson, Jr., Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Scott Cash appeals the district court's orders adopting the recommendation of the magistrate judge and denying relief on Cash's motion to return property and denying Cash's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cash,* Nos. 6:05–cv–00338–MBS; 6:99–cr–00266–MB (D.S.C. Oct. 21, 2010); 2010 WL 2650022 (July 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*